# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-5834 JGB (MRW) | Date | June 6, 2017 |
|---|---|---|---|
| Title | Ponce v. Baughman | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CASE

1. The Court reviewed Petitioner's "letter" to the clerk in response to an order to show cause. (Docket # 22.) Pursuant to Local Rule 83-2.5, no party may send a letter to a judge or court staff. All communications with the Court will be "by appropriate application or motion" as required by the Local Rules.

2. As to the substance of Petitioner's statement, he claims that he sent a habeas corpus petition to the state supreme court on May 11, 2017. However, the Court's review of the state court's online docket reveals no activity regarding Petitioner after the denial of a late filed petition for review in mid-2016. (In re Ponce, No. S234052 (Cal. 2016).) Petitioner is directed to immediately provide this Court with the case number of his new action in the state supreme court.

3. Finally, Petitioner claims that he "sent the Court a letter explaining why I failed to submit a status report on the first business day of May." The Court's docket shows no such submission. Petitioner will submit an appropriate status report by June 30 setting out exactly what is going on in his state court case. Further failure to comply with this Court's orders may lead to the dismissal of the present habeas case under Rule 41.