1
2
3
4
5
6
7
8
9 **IN THE UNITED STATES DISTRICT COURT**
10 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
11
12
13 CARLOS ESPARZA PONCE,          Case No. CV 16-5834 JGB (MRW)
14       Petitioner,
15       v.                   ORDER ACCEPTING FINDINGS
                                   AND RECOMMENDATIONS OF
16 D. BAUGHMAN, Warden,        UNITED STATES MAGISTRATE
                                   JUDGE
17       Respondent.
18
19
20        Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records
21 on file, and the Report and Recommendation of the United States Magistrate
22 Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the
23 Report to which Petitioner objected. The Court accepts the findings and
24 recommendation of the Magistrate Judge.
25
26
27
28

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE:  January 7, 2018

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE