# JS-6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| CARLOS ESPARZA PONCE, | Case No. CV 16-5834 JGB (MRW) |
| Petitioner, | |
| v. | JUDGMENT |
| D. BAUGHMAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: January 7, 2018

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE